(124 So. 915)

**Charlie M. LYONS v. STATE.    (1 Div. 850.)**

Court of Appeals of Alabama.    May 21, 1929.

Rehearing Denied June 18, 1929.

Outlaw, Kilborn & Smith, of Mobile, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.  Reversed and rendered on authority of Havard v. State (1 Div. 849), ante, p. 228, 124 So. 912.

Certiorari denied by Supreme Court in Lyons v. State, 220 Ala. 360, 124 So. 915.